AO 440 (Rev. 06/12) Summons in a Civil Action

Hdy Ses

RECEIVED

2016 JUL 20 P 3:02

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia ☑

| | |
|---|---|
| Solano Family Resturant, LLC and El Pollo Rico, LLC<br><br>*Plaintiff(s)*<br>v.<br>Sukhdev Singh and Rajwinder Kaur d.b.a. Best Pollo Rico<br><br>*Defendant(s)* | Civil Action No. 1:16-cv-930 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sukhdev Singh, 6315 Dana Avenue, Springfield, VA 22150

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Sean C. Griffin
1301 K Street, NW
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

RECEIVED hwy ses

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2016 JUL 20 P 3 03

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | ) | |
|---|---|---|
| Solano Family Resturant, LLC and El Pollo Rico, LLC | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:16-cv-930 |
| Sukhdev Singh and Rajwinder Kaur d.b.a. Best Pollo Rico | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rajwinder Kaur, 6315 Dana Avenue, Springfield, VA 22150

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Sean C. Griffin
1301 K Street, NW
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

/
CLERK OF COURT

Date: _____   _____
*Signature of Clerk or Deputy Clerk*